AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: H20-0400M | Date and time warrant executed: 0600 2/27/2020 | Copy of warrant and inventory left with: Brian Bucey |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

See Attached

United States Courts
Southern District of Texas
FILED

JAN 18 2022

Nathan Ochsner, Clerk of Court

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/18/2022

*Jason Webb*
Executing officer's signature

Jason Webb Special Agent
Printed name and title

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order.

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG
*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 02/27/2020  Case ID: 194B-HO-2516310
Location: 4400 West 18th Street, Room 3SE32
Houston, Texas 77092
Preparer/Assistants: Teresa Goodman

Personnel (full names and initials): Robert Simp[son]; Wesley Carter; Francisco Turon;

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) |
|---|---|---|---|---|
| 1 | Black Binder of Metro Clean HISD Proposals/Specifications | A | Top of standing desk | Robert Simpson, IRS |
| 2 | Verbatim Ser. YB08G8Z07016842SML Black thumbdrive | A | Top left drawer in desk | Teresa Goodman |
| 3 | Misc. Financial Documents | A | Top left drawer in desk | Teresa Goodman |
| 4 | Misc. Financial Documents | A | Bottom left drawer in desk | Teresa Goodman |
| 5 | Black thumbdrive verbatim Ser. YB08G8Z07016034SML | A | Top Right drawer in desk | Teresa Goodman |
| 6 | Red thumbdrive 16gb | A | Top right drawer in desk | Teresa Goodman |
| 7 | Misc. documents | A | Lower right desk drawer | Teresa Goodman, Wesley Carter |
| 8 | Green thumbdrive PDG Architects | A | On top of Standing desk | Robert Simpson |
| 9 | Green thumbdrive Lexar 8gb LJDTT | A | Inside wire caddy on top of desk | Francisco Turon |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Date: 02/27/2020  Case ID: 194B-HO-2516310
Location: 4400 West 18th Street, Room 3SE32
Houston, Texas 77092
Preparer/Assistants: Teresa Goodman

Personnel (full names and initials): Robert Sn[ipes]
Wesley Carter; Francisco Turan,

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) |
|---|---|---|---|---|
| 10 | Tan thumbdrive Automated Logic | A | Inside wire caddy on top of desk | Francisco Turan, |
| 11 | Apple I-mac desktop computer Serial: C02V50L1J1GN | A | on top of standing desk | David Hendericks, FBI |
| 12 | Apple Ipad Mini Model A1538 Serial - F9FTTCZVG+KJ | A | on top of standing desk | David Hendericks, FBI |
| 13 | HP revolve 810 tablet/laptop Serial: 8CG5040625 | A | on top of standing desk | David Hendericks, FBI |
| 14 | 4 count thumbdrives | A | Inside plastic caddy on desk against wall | Francisco Turan, |
| 15 | 17 count thumbdrives | A | inside white box on top of desk against wall | Francisco Turan, |
| 16 | Silver HP Laptop - Elit Book 850 Serial: SCG8395J9Q | A | on top of desk | David Hendericks, FBI |
| | | | | |
| | | | | |

# EVIDENCE RECEIPT

DATE OF SEARCH: 2/27/2020

MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| **COMPUTER EVIDENCE** | | | |
| 4 | 1 | I | I-PHONE II MAX #FK1ZHQURN704 |
| 4 | 2 | I | I-PHONE 105 MAX #F2CXG95AKPHG |
| 4 | 3 | E | I-PHONE II PRO MAX G6TZTJ8D770K |
| 4 | 4 | I | I-PAD #DMPZV11QMDG3 |
| 4 | 5 | I | I-PAD #DMPZL0L5KD80 |
| 4 | 6 | C | TARGUS RECEIVER MODEL LAWN 1OU S/N 08030781 |
| 4 | 7 | C | SILVER THUMBDRIVE |
| 4 | 8 | C | SILVER & BLACK THUMBDRIVE 128 GB WITH "SEWELL" WRITTEN |
| 7 | 1 | C | APPLE I-AD |
| 7 | 2 | C | 17 COMPACT DISCS |
| 7 | 3 | C | APPLE LAPTOP |
| 7 | 5 | C | SEWELL THUMB DRIVE |
| 7 | 6 | C | BOOK WITH COMPACT DISCS |
| 7 | 7 | C | BAG OF COMPACT DISCS |
| 8 | 1 | C | IMAC #W8029359DB6 |
| **GENERAL EVIDENCE** | | | |
| 1 | 1 | E | ALLEGIANCE BANK ENVELOPE |
| 1 | 2 | E | LINCOLN INVESTMENT (COURTNEY N. BUSBY) AND BRIAN G. BUSBY. |
| 1 | 3 | E | SECURITY BENEFIT (COURTNEY BUSBY) AND (BRIAN G. BUSBY) |
| 1 | 4 | H | NAVY FEDERAL CREDIT UNION MAIL |
| 1 | 5 | H | JEFFERSON COUNTY TAX ASSESSOR COLLECTOR MAIL |
| 1 | 6 | H | ALLEGIANCE BANK MAIL |
| 1 | 7 | H | INVESCO ROTH IRA MAIL |
| 1 | 8 | H | TEXAS FAIR PLAN ASSOCIATION MAIL |
| 1 | 9 | H | KASHMERE GARDENS WELLS FARGO DEPOSIT SLIPS |
| 1 | 10 | H | CHARTERWOOD M-U-D 2014 TAX STATEMENT |

Received by (FBI) _____    Received from _____

DATE OF SEARCH: 2/27/2020

MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 1 | 11 | H | CHASE STATEMENT MAIL |
| 1 | 12 | H | CHASE SLATE CARDMEMBER STATEMENT MAIL |
| 1 | 13 | H | L'AUBERGE CASINO RESORT RECEIPT |
| 1 | 14 | H | FP (FOOD PROGRAM) ASSISTANCE MAIL |
| 1 | 15 | H | LAND ROVER FINANCIAL GROUP STATEMENT MAIL |
| 1 | 16 | H | FIDELITY NATIONAL TITLE GROUP MAIL |
| 1 | 17 | F | MISCELLANEOUS CORRESPONDENCE AND UNOPENED LETTERS TO INCLUDE: MGM GRAND, CHASE BANK, WELLS FARGO BANK, IRS, HISD, LINCOLN INVESTMENT, SPIRIT BANK OF TEXAS AND TD AUTO FINANCE. |
| 1 | 18 | C | FORM 1098-E (STUDENT LOAN INTEREST). |
| 1 | 19 | C | WRIGHT NATIONAL FLOOD INS. COMPANY |
| 1 | 20 | C | TREC NO. 20-14; FAMILY RESIDENTIAL CONTRACT |
| 1 | 21 | C | NAVY FEDERAL CREDIT UNION-CASHIER'S CHECK 88136 |
| 1 | 22 | C | HUD STATEMENT 15201034593 |
| 1 | 23 | C | OCWEN LOAN SERVICING |
| 1 | 24 | C | RESIDENTIAL LEASE |
| 1 | 25 | C | JAGUAR LAND ROVER (2019 LAND ROVER) |
| 1 | 26 | C | MERCEDES BENZ SERVICE INVOICE |
| 1 | 27 | C | GENERATOR SUPERCENTER-INVOICE 18973-1 |
| 1 | 28 | C | RESIDENTIAL LOAN |
| 1 | 29 | C | GEOVERA ADVANTAGE |
| 1 | 30 | I | LETTER FOR DALLAS COWBOY SEASON TICKETS |
| 1 | 31 | I | HOUSTON TEXANS TICKETS SEASON TICKET |
| 1 | 32 | I | LOAN APPLICATION WITH NAVY FEDERAL CREDIT UNION |
| 1 | 33 | C | AMEGY BANK (CHECK BOOK) |
| 1 | 34 | C | NAVY FEDERAL CREDIT UNION (CHECK BOOK) |
| 1 | 35 | C | WELLS FARGO DEPOSIT BOOK |
| 1 | 36 | C | WELLS FARGO (CHECK BOOK-3) |
| 1 | 37 | C | AMEGY BANK DEPOSIT SLIP |

Received by (FBI)     Received from

DATE OF SEARCH: 2/27/2020

MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 1 | 38 | C | BUSBY CONSTRUCTION CANCELLED CECHSK (3), |
| 1 | 39 | C | COPY OF CASHIER'S CHECK (#111234) |
| 1 | 40 | C | SPIRIT OF TEXAS BANK |
| 1 | 41 | C | CHASE CREDIT CARD STATEMENT |
| 1 | 42 | C | AM FINANCIAL LEASING |
| 1 | 43 | C | NAVY FEDERAL CREDIT UNION ENVELOPES (7) |
| 1 | 44 | C | ALLEGIANCE BANK FOLDER |
| 1 | 45 | C | STACK OF BUSBY CONSTRUCTION CANCELLED CHECKS. |
| 3 | 1 | C | CARTIER ACCOUNT STATEMENT 3/23/19-4/22/19 |
| 3 | 2 | C | JUST CONSTRUCTION INVOICES FOR $166,720 |
| 3 | 3 | C | YELLOW PAPER WITH HANDWRITTEN CASH AND CHECK AMOUNT. |
| 3 | 4 | C | BLUE FOLDER CONTAINING TOLL BROTHERS HOME PURCAHSE |
| 3 | 5 | C | HISD LETTER SHOWING REAGAN BUSBY'S MAGNET ACCEPTANCE. |
| 3 | 6 | C | BCMRV INVESTMENTS, LLC. NAVY FEDERAL CREDIT UNION STAMP. |
| 3 | 7 | C | BCMVR INVESTMENTS BUYER'S STATEMENT FOR $60,872.44 |
| 3 | 8 | C | BUSBY CONSTRUCTION ESTIMATED INVOICES (3). |
| 3 | 9 | C | BUSBY CONSTRUCTION CERTIFICATES OF OPERATIONS (2). |
| 3 | 10 | C | CHASE ESCROW STATEMENT 02/24/2012 |
| 3 | 11 | C | BCMRV INVESTMENTS LOAN APPLICATION-GUARANTOR: BUSBY |
| 3 | 12 | C | BCMRV CASHIER'S CHECK AND RECEIPT FROM ALLEGIANCE BANK |
| 3 | 13 | C | BCMRV INVESTMENTS DEPOSIT TICKETS |
| 3 | 14 | C | BCMRV INVESTMENTS CHECKS. |
| 3 | 15 | C | PHH MORTGAGE STATEMENT-10303 GENA COURT, HOUSTON TX 77064 |
| 3 | 16 | C | CHASE MORTGAGE STATEMENT, ACCT #0666708730, 10303 GENA COURT, HOUSTON TX 77064 |
| 3 | 17 | C | CHASE STATEMENT ACCT ENDING #4514 |
| 3 | 18 | C | CHASE DEBIT CARD ACCT ENDING #5723 |
| 3 | 19 | C | CASHIER'S CHECK #6847701900 |
| 3 | 20 | C | CHASE LOAN STATEMENT 01/05/2017 |

Received by (FBI)                    Received from

DATE OF SEARCH: 2/27/2020
MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 3 | 21 | C | 2 CASHIER'S CHECKS TO HEAVENLY MANOR ASSISTED LIVING |
| 3 | 22 | C | 2016 INCOME TAX RETURN |
| 5 | 1 | C | OCWEN ENVELOPES (2) |
| 5 | 2 | C | METLIFE ENVELOPES (2) |
| 5 | 3 | C | LINCOLN INVESTMENT PLANNING (2) |
| 5 | 4 | C | NARIENT STATEMENT |
| 5 | 5 | C | IRS LETTER TO KASHMERE GARDEN |
| 5 | 6 | C | CHARTERWOOD MUD |
| 5 | 7 | C | NAVEY FEDERAL CREDIT UNION |
| 5 | 8 | C | ANN HARRIS BENNETT TAX COLLECTOR |
| 5 | 9 | C | KLEIN ISD PROPERTY TAX |
| 5 | 10 | C | UNIVERSAL NORTH AMERICA INS. |
| 5 | 11 | C | ALLISON NATHAN GETZ, PCC TAX COLLECTOR |
| 5 | 12 | C | SPIRIT OF TEXAS BANK (2) |
| 5 | 13 | C | VINTAGE LAKES HOA |
| 5 | 14 | C | RELEASE OF LIEN LETTER |
| 5 | 15 | C | METROPOLITAN LIFE INS., 2016, 1099-R |
| 5 | 16 | C | STATE NATIONAL INSURANCE CO. |
| 5 | 17 | C | STEWART TITLE CO. |
| 5 | 18 | C | MERCEDES BENZ LEASING DOCUMENT |
| 5 | 19 | C | BECK & MASTEN REPAIR INVOICES |
| 5 | 20 | C | CHASE BANK |
| 5 | 21 | C | ALLEGIANCE BANK DEPOSIT SLIP |
| 5 | 22 | C | TD RETAIL CARD SERVICES-CARTIER PAST DUE NOTICE |
| 5 | 23 | C | MERCEDES-B ENZ INVOICE-BLACK-2015 S-C125 |
| 5 | 24 | C | EQ SOLUTIONS PROPOSAL LETTER |
| 5 | 25 | C | SILVER OAK TRAILS ASSOCIATION FINAL NOTICE |
| 5 | 26 | C | MORNINGSTAR PORTFOLIO X-RAY BRIAN |
| 5 | 27 | C | MORNINGSTAR PORTFOLIO X-RAY COURTNEY |

Received by (FBI)            Received from

*Page 4 of 8*

DATE OF SEARCH: 2/27/2020

MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 5 | 28 | C | LINCOLN INVESTMENT ACCOUNT REVIEW |
| 5 | 29 | C | EQ SOLUTIONS RECEIPT $7,650.00 |
| 5 | 30 | C | GM FINANCIAL CHECK WITH TWO ENDORSED SIGNATURES |
| 5 | 31 | C | SILVER OAKS TRAILS STATEMENT |
| 5 | 32 | C | ELITE PIANO TRANSPORT RECEIPT |
| 5 | 33 | C | GMC CORRESPONDENCE |
| 5 | 34 | C | GMC BECK & MASTEN INVOICE-CHEVY IMPALA 2013 |
| 5 | 35 | C | GMC BECK & MASTEN INVOICE-SIERRA TRUCK 2015 |
| 5 | 36 | C | GMC BECK & MASTEN INVOICE-SIERRA 2016 |
| 5 | 37 | C | SEWELL INFINITI OF NORTH HOUSTON RECEIPT |
| 5 | 38 | C | SEWELL CADILLAC OF HOUSTON INVOICE |
| 5 | 39 | C | MERCEDES BENZ INVOICE-MERCEDES BENZ TRUCK 2014 |
| 5 | 40 | C | JAGUAR/LAND ROVER HOUSTON NORTH INVOICE-RANGE ROVER 2018 |
| 5 | 41 | C | CREST MANAGEMENT COMPANY MAIL |
| 5 | 42 | C | UNIVERSAL NORTH AMERICA INSURANCE OMPANY MAIL |
| 5 | 43 | C | PENN MUTUAL LIFE INS. CLASS ACTION MAIL |
| 5 | 44 | C | STAR FURNITURE MAIL |
| 5 | 45 | C | AMEGY BANK OF TEXAS MAIL |
| 5 | 46 | C | TD AUTO FIANCE CHECK |
| 5 | 47 | C | HARRIS COUNTY PROPERTY TAX STATEMENT-2018 |
| 5 | 48 | C | 2015 RETURN-FEDERAL 1040 |
| 5 | 49 | C | 2018 REPORTING DOCUMENTS AND INCOME DETAILS |
| 5 | 50 | C | 2019 BUSBY MORTGAGE APPLICATION |
| 5 | 51 | C | EXPERIAN CREDIT REPORT |
| 5 | 52 | C | CHASE SLATE CARDMEMBER STATEMENT |
| 5 | 53 | C | IRS AUDTI LETTER 2015 TAX YEAR |
| 5 | 54 | C | CARTIER STATEMENTS |
| 5 | 55 | C | CARTIER RECEIPTS |
| 5 | 56 | C | LOUIS VUITTON RECEIPT |

Received by (FBI)        Received from

## DATE OF SEARCH: 2/27/2020
## MOTOR SPRINGS
## BUSBY RESIDENCE
## 9811 MARTHA SPRINGS
## HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 5 | 57 | C | DALLAS COWBOYS 2019 SEASON TICKET INVOICE |
| 5 | 58 | C | TRANSUNION LLC MAIL |
| 5 | 59 | C | BECK & MASTEN 2017 GMC SIERRA SALES CONTRACT |
| 5 | 60 | C | GM FINANCIAL LEASING MAIL |
| 5 | 61 | C | STATE FARM MAIL |
| 5 | 62 | C | EMPOWER RETIREMENT MAIL |
| 5 | 63 | C | STATE FARM LIFE INSURANCE MAIL |
| 5 | 64 | C | ALLSTATE MAIL |
| 5 | 65 | C | SYNCHRONY BANK MAIL AND CARD |
| 5 | 66 | C | WEALTH INVESTMENT ADVISORY INC. MAIL |
| 5 | 67 | C | 2 LETTERS FROM WELLS FARGO |
| 5 | 68 | C | 9 LETTERS FROM NAVY FEDERAL CREDIT UNION |
| 5 | 69 | C | 4 LETTERS FROM MET LIFE |
| 5 | 70 | C | 4 LETTERS FROM LAND ROVER |
| 5 | 71 | C | 4 LETTERS FROM IRS |
| 5 | 72 | C | 2 LETTERS FROM MARINET |
| 5 | 73 | C | 2 LETTERS FROM LINCOLN INVESTMENT |
| 5 | 74 | C | 1 LETTER FROM HOUSTON TEXANS |
| 5 | 75 | C | 1 LETTER FROM BBVA |
| 5 | 76 | C | 2 LETTERS FROM HOUSTON RODEO |
| 5 | 77 | C | 3 LETTERS FROM PHH MORTGAGE |
| 5 | 78 | C | 1 LETTER FROM ERNEST JEWELERS |
| 5 | 79 | C | 1 LETTER FROM FORTIOS |
| 5 | 80 | C | 1 LETTER FROM CARTIER |
| 5 | 81 | C | 1 LETTER FROM ANN HARRIS BENNETT |
| 5 | 82 | C | 2 LETTERS FROM HOUSTON CLUB |
| 5 | 83 | C | 1 LETTER BEAUMONT CODE ENFORCEMENT |
| 5 | 84 | C | 1 COUPON BOOK FROM SUNTRUST BANK |
| 5 | 85 | C | 3 RECEIPTS FROM AMEGY BANK |

Received by (FBI)                    Received from

DATE OF SEARCH: 2/27/2020
MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| 5 | 86 | C | 2 APPRAISALS FROM CARTIER |
| 5 | 87 | C | 1 APPRAISAL FROM LASTOVICA JEWELRY |
| 5 | 88 | C | MORTGAGE DOCUMENTS FROM NAVY FEDERAL CREDIT UNION |
| 5 | 89 | C | ACCOUNT STATEMENTS FROM LINCOLN INVESTMENTS |
| 5 | 90 | C | STATEMENTS FROM CHASE BANK |
| 5 | 91 | C | 4 BLANK CHECKS FROM NAVY FEDERAL CREDIT UNION |
| 5 | 92 | C | 2 BLACK VISA CREDIT CARDS |
| 5 | 93 | C | 2 BLACK MASTERCARD CREDIT CARDS |
| 5 | 94 | C | 1 UNITED CLUB CARD |
| 5 | 95 | C | 5 REWARDS CARDS FROM VARIOUS CASINOS |
| 5 | 96 | C | HANDWRITTEN NOTE WITH M&T BANK AND CHASE BANK |
| 5 | 97 | C | 1 RECEIPT FROM HERMES |
| 5 | 98 | C | 1 LOUIS VUITTON RECEIPT |
| 5 | 99 | C | 1 RECEIPT DAVID YURMAN |
| 5 | 100 | C | 3 RECEIPTS FROM BRIONI |
| 5 | 101 | C | 1 BECK & MASTEN RECEIPT |
| 5 | 102 | C | 1 RECEIPTS FROM PITMACKER |
| 5 | 103 | C | EMPLOYMENT OFFER FROM HISD |
| 5 | 104 | C | 2 RECEIPTS FROM SEWELL CADIILLAC |
| 6 | 1 | C | SPIRIT OF TEXAS LOAN #6101856L |
| 6 | 2 | C | SPIRIT OF TEXAS LOAN #6101857L |
| 6 | 3 | C | NAVY FEDERAL CREDIT UNION ACCT ENDING 7310 |
| 6 | 4 | C | WARRANTY DEED FOR 4302 MERCHANT ROAD |
| 6 | 5 | C | CHASE CREDIT CARD ACCT ENDING 1260 |
| 6 | 6 | C | NAVY FEDERAL CREDIT UNION-KASHMERE GARDENS #1775 |
| 6 | 7 | C | 2015 INCOME TAX RETURN |
| 6 | 8 | C | ALLEGIANCE BANK ACCT ENDING #2287 |
| 6 | 9 | C | BECK & MASTEN GMC SIERRA STICKER FOR $80,915 |

Received by (FBI)         Received from

DATE OF SEARCH: 2/27/2020
MOTOR SPRINGS
BUSBY RESIDENCE
9811 MARTHA SPRINGS
HOUSTON, TX 77070

| BOX # | ITEM # | ROOM | DESCRIPTION |
|---|---|---|---|
| **VALUABLE EVIDENCE** | | | |
| 2 | 1 | I | RECEIPT FROM ERNEST JEWELER |
| 2 | 2 | I | OUTSTANDING REPORT W/O PO |
| 2 | 3 | I | OUTSTANDING REPORT W/O PO |
| 2 | 4 | I | THUMBDRIVE |
| 2 | 5 | I | MONEY BAND |
| 2 | 6 | I | MONEY FOLDER |
| 2 | 7 | I | DEPOSIT RECEIPT-ORIGIN BANK |
| 2 | 8 | I | DEPOSIT RECEIPT-ALLEGIANCE BANK |
| 2 | 9 | I | AMEGY BANK-DEPOSIT SLIP |
| 2 | 10 | I | AMEGY BANK CASHIER'S CHECK |
| 2 | 11 | I | CHECK BOOK-NAVY FEDERAL CREDIT UNION |
| 2 | 12 | I | THUMBDRIVE |
| 2 | 13 | I | UNKNOWN AMOUNT OF CASH IN 100'S AND 50'S. |
| 2 | 14 | I | UNKNOWN AMOUNT OF CASH. |
| 2 | 15 | I | BANK ENVELOPES, CASH STRAPS, MONEY BAG FROM SPIRIT BANK. |

Received by (FBI) _____ Received from _____

*Page 8 of 8*

AO 106 (Rev. 04/10) Application for a Search Warrant

---

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**

FEB 25 2020

David J. Bradley, Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

9811 Martha Springs Drive, Houston, TX 77070

Case No. **H20-0400M**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A to Affidavit

located in the    Southern    District of    Texas   , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B to Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 666 | Theft of Federal Funds |
| 18 U.S.C. 371 | Conspiracy |
| 18 U.S.C. 1349 | Wire Fraud |

TRUE COPY I CERTIFY
ATTEST: February 25, 2020
DAVID J. BRADLEY, Clerk of Court
By: *Kathy Murphy*
Deputy Clerk

The application is based on these facts:
See Attached Affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

IRS-CI Special Agent Jason Webb
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-25-20

*Judge's signature*

City and state: Houston, Texas     Nancy K. Johnson, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

```
┌─────────────────────────┐
│       Sealed            │
│ Public and unofficial   │
│ staff access to this    │
│ instrument are          │
│ prohibited by court     │
│ order.                  │
└─────────────────────────┘
```

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>9811 Martha Springs Drive, Houston, TX 77070 | )<br>)<br>)   Case No.   H20-0400M<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____March 8, 2020____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. Nancy K. Johnson____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: __2-25-20 @ 1:59 pm__   _____
                                                *Judge's signature*

City and state:   Houston, Texas   Nancy K. Johnson, United States Magistrate Judge
                                   *Printed name and title*